## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN BENJAMIN VIVIAN
JODIE LYNN VIVIAN

Case No. 21-10036TPA

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

PNC MORTGAGE

Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

   NO CLAIM WAS FILED BY THIS CREDTIOR. ACCORDING TO THE DEBTOR A SUBSTANTIAL BALANCE REMAINS ON THE DEBT.

PNC MORTGAGE
ATTN BKRPTCY PMT PROCESSING
3232 NEWMARK DR
MIAMISBURG, OH 45342

Court claim# NC2/Trustee CID# 4

The Movant further certifies that on 03/10/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

DEBTOR(S):
JOHN BENJAMIN VIVIAN, JODIE LYNN VIVIAN, PO BOX 677, CONNEAUT LAKE, PA 16316

ORIGINAL CREDITOR:
PNC MORTGAGE, ATTN BKRPTCY PMT PROCESSING, 3232 NEWMARK DR, MIAMISBURG, OH 45342

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335