## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN BENJAMIN VIVIAN

JODIE LYNN VIVIAN

Case No. 21-10036JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

LUKES AUTOMOTIVE

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR HAS FAILED TO CASH TRUSTEE'S DISBURSEMENTS, NOR PROVIDED A REASON FOR THEIR FAILURE TO CASH CHECKS.  MAIL HAS NOT BEEN RETURNED AS UNDELIVERABLE.

LUKES AUTOMOTIVE
1836 W 26TH ST
ERIE, PA 16508

Court claim# 2/Trustee CID# 2

The Movant further certifies that on 03/16/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
JOHN BENJAMIN VIVIAN, JODIE LYNN
VIVIAN, PO BOX 677, CONNEAUT LAKE,
PA  16316

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW
OFFICES, 1210 PARK AVE, MEADVILLE, PA
16335

ORIGINAL CREDITOR:
LUKES AUTOMOTIVE, 1836 W 26TH ST,
ERIE, PA  16508

NEW CREDITOR: