**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JOHN BENJAMIN VIVIAN** |
| Debtor 2 (Spouse, if filing) | **JODIE LYNN VIVIAN** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-10036JCM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  PNC MORTGAGE

**Court claim no.**  (if known):
NC1

**Last 4 digits** of any number you use to identify the debtor's account:   7   4   5   6

**Property Address:**  315 HIGH ST
Number       Street

CONNEAUT LAKE                                    PA      16316
City                                                            State     ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☒ Other: PAID IN FULL

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:    $_____31,285.06_____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $_____-0-_____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Ronda J. Winnecour _____    Date _____05/28/2026_____
    Signature

Trustee     Ronda J. Winnecour _____
            First Name          Middle Name          Last Name

Address     CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
            Number      Street

            PITTSBURGH _____    PA    15219 _____
            City                          State    ZIP Code

Contact phone   (412) 471-5566 _____    Email   cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | **VIVIAN** | | Case Number **21-10036JCM** | Page 1 |
| | Name | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| NC1 | PNC MORTGAGE | 05/25/2021 | 1198402 | Amounts Disbursed To Creditor | 850.68 |
| NC1 | PNC MORTGAGE | 05/25/2021 | 1198402 | Interest | 362.15 |
| NC1 | PNC MORTGAGE | 06/25/2021 | 1201589 | Amounts Disbursed To Creditor | 425.08 |
| NC1 | PNC MORTGAGE | 06/25/2021 | 1201589 | Interest | 70.30 |
| NC1 | PNC MORTGAGE | 07/26/2021 | 1204789 | Amounts Disbursed To Creditor | 455.32 |
| NC1 | PNC MORTGAGE | 07/26/2021 | 1204789 | Interest | 69.24 |
| NC1 | PNC MORTGAGE | 08/26/2021 | 1207938 | Amounts Disbursed To Creditor | 587.62 |
| NC1 | PNC MORTGAGE | 08/26/2021 | 1207938 | Interest | 68.10 |
| NC1 | PNC MORTGAGE | 09/24/2021 | 1211039 | Amounts Disbursed To Creditor | 544.00 |
| NC1 | PNC MORTGAGE | 09/24/2021 | 1211039 | Interest | 66.63 |
| NC1 | PNC MORTGAGE | 10/25/2021 | 1214115 | Amounts Disbursed To Creditor | 638.71 |
| NC1 | PNC MORTGAGE | 10/25/2021 | 1214115 | Interest | 65.27 |
| NC1 | PNC MORTGAGE | 11/22/2021 | 1217151 | Amounts Disbursed To Creditor | 536.03 |
| NC1 | PNC MORTGAGE | 11/22/2021 | 1217151 | Interest | 63.68 |
| NC1 | PNC MORTGAGE | 12/23/2021 | 1220226 | Amounts Disbursed To Creditor | 527.26 |
| NC1 | PNC MORTGAGE | 12/23/2021 | 1220226 | Interest | 62.34 |
| NC1 | PNC MORTGAGE | 01/26/2022 | 1223290 | Amounts Disbursed To Creditor | 585.19 |
| NC1 | PNC MORTGAGE | 01/26/2022 | 1223290 | Interest | 61.02 |
| NC1 | PNC MORTGAGE | 02/23/2022 | 1226161 | Amounts Disbursed To Creditor | 504.50 |
| NC1 | PNC MORTGAGE | 02/23/2022 | 1226161 | Interest | 59.56 |
| NC1 | PNC MORTGAGE | 03/25/2022 | 1229135 | Amounts Disbursed To Creditor | 554.27 |
| NC1 | PNC MORTGAGE | 03/25/2022 | 1229135 | Interest | 58.29 |
| NC1 | PNC MORTGAGE | 04/26/2022 | 1232171 | Amounts Disbursed To Creditor | 664.97 |
| NC1 | PNC MORTGAGE | 04/26/2022 | 1232171 | Interest | 56.91 |
| NC1 | PNC MORTGAGE | 05/25/2022 | 1235214 | Amounts Disbursed To Creditor | 511.37 |
| NC1 | PNC MORTGAGE | 05/25/2022 | 1235214 | Interest | 55.25 |
| NC1 | PNC MORTGAGE | 06/27/2022 | 1238237 | Amounts Disbursed To Creditor | 353.15 |
| NC1 | PNC MORTGAGE | 06/27/2022 | 1238237 | Interest | 53.97 |
| NC1 | PNC MORTGAGE | 07/26/2022 | 1241174 | Amounts Disbursed To Creditor | 454.81 |
| NC1 | PNC MORTGAGE | 07/26/2022 | 1241174 | Interest | 53.08 |
| NC1 | PNC MORTGAGE | 08/24/2022 | 1244059 | Amounts Disbursed To Creditor | 484.59 |
| NC1 | PNC MORTGAGE | 08/24/2022 | 1244059 | Interest | 51.95 |
| NC1 | PNC MORTGAGE | 09/27/2022 | 1246940 | Amounts Disbursed To Creditor | 494.73 |
| NC1 | PNC MORTGAGE | 09/27/2022 | 1246940 | Interest | 50.74 |
| NC1 | PNC MORTGAGE | 10/25/2022 | 1249739 | Amounts Disbursed To Creditor | 458.75 |
| NC1 | PNC MORTGAGE | 10/25/2022 | 1249739 | Interest | 49.50 |
| NC1 | PNC MORTGAGE | 11/23/2022 | 1252533 | Amounts Disbursed To Creditor | 451.44 |
| NC1 | PNC MORTGAGE | 11/23/2022 | 1252533 | Interest | 48.35 |
| NC1 | PNC MORTGAGE | 12/22/2022 | 1255273 | Amounts Disbursed To Creditor | 469.33 |
| NC1 | PNC MORTGAGE | 12/22/2022 | 1255273 | Interest | 47.22 |
| NC1 | PNC MORTGAGE | 01/26/2023 | 1258006 | Amounts Disbursed To Creditor | 510.63 |
| NC1 | PNC MORTGAGE | 01/26/2023 | 1258006 | Interest | 46.05 |
| NC1 | PNC MORTGAGE | 02/23/2023 | 1260597 | Amounts Disbursed To Creditor | 504.17 |
| NC1 | PNC MORTGAGE | 02/23/2023 | 1260597 | Interest | 44.77 |
| NC1 | PNC MORTGAGE | 03/28/2023 | 1263379 | Amounts Disbursed To Creditor | 521.84 |
| NC1 | PNC MORTGAGE | 03/28/2023 | 1263379 | Interest | 43.51 |
| NC1 | PNC MORTGAGE | 04/25/2023 | 1266189 | Amounts Disbursed To Creditor | 550.61 |
| NC1 | PNC MORTGAGE | 04/25/2023 | 1266189 | Interest | 42.21 |
| NC1 | PNC MORTGAGE | 05/25/2023 | 1269058 | Amounts Disbursed To Creditor | 522.66 |
| NC1 | PNC MORTGAGE | 05/25/2023 | 1269058 | Interest | 40.83 |
| NC1 | PNC MORTGAGE | 06/26/2023 | 1271947 | Amounts Disbursed To Creditor | 508.54 |
| NC1 | PNC MORTGAGE | 06/26/2023 | 1271947 | Interest | 39.53 |
| NC1 | PNC MORTGAGE | 07/25/2023 | 1274691 | Amounts Disbursed To Creditor | 524.58 |
| NC1 | PNC MORTGAGE | 07/25/2023 | 1274691 | Interest | 38.25 |
| NC1 | PNC MORTGAGE | 08/25/2023 | 1277473 | Amounts Disbursed To Creditor | 509.06 |
| NC1 | PNC MORTGAGE | 08/25/2023 | 1277473 | Interest | 36.94 |
| NC1 | PNC MORTGAGE | 09/26/2023 | 1280204 | Amounts Disbursed To Creditor | 520.14 |
| NC1 | PNC MORTGAGE | 09/26/2023 | 1280204 | Interest | 35.67 |
| NC1 | PNC MORTGAGE | 10/25/2023 | 1282913 | Amounts Disbursed To Creditor | 504.84 |
| NC1 | PNC MORTGAGE | 10/25/2023 | 1282913 | Interest | 34.37 |
| NC1 | PNC MORTGAGE | 11/27/2023 | 1285592 | Amounts Disbursed To Creditor | 500.96 |
| NC1 | PNC MORTGAGE | 11/27/2023 | 1285592 | Interest | 33.11 |
| NC1 | PNC MORTGAGE | 12/21/2023 | 1288164 | Amounts Disbursed To Creditor | 448.16 |
| NC1 | PNC MORTGAGE | 12/21/2023 | 1288164 | Interest | 31.86 |
| NC1 | PNC MORTGAGE | 01/26/2024 | 1290863 | Amounts Disbursed To Creditor | 555.68 |
| NC1 | PNC MORTGAGE | 01/26/2024 | 1290863 | Interest | 30.74 |
| NC1 | PNC MORTGAGE | 02/26/2024 | 1293506 | Amounts Disbursed To Creditor | 508.28 |
| NC1 | PNC MORTGAGE | 02/26/2024 | 1293506 | Interest | 29.35 |
| NC1 | PNC MORTGAGE | 03/26/2024 | 1296159 | Amounts Disbursed To Creditor | 457.50 |
| NC1 | PNC MORTGAGE | 03/26/2024 | 1296159 | Interest | 28.08 |

Debtor 1    **VIVIAN**_____    Case Number **21-10036JCM**_____    Page 2
Name

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---:|
| NC1 | PNC MORTGAGE | 04/25/2024 | 1298820 | Amounts Disbursed To Creditor | 545.40 |
| NC1 | PNC MORTGAGE | 04/25/2024 | 1298820 | Interest | 26.93 |
| NC1 | PNC MORTGAGE | 05/29/2024 | 1301527 | Amounts Disbursed To Creditor | 506.06 |
| NC1 | PNC MORTGAGE | 05/29/2024 | 1301527 | Interest | 25.57 |
| NC1 | PNC MORTGAGE | 06/25/2024 | 1304053 | Amounts Disbursed To Creditor | 511.18 |
| NC1 | PNC MORTGAGE | 06/25/2024 | 1304053 | Interest | 24.30 |
| NC1 | PNC MORTGAGE | 07/25/2024 | 1306662 | Amounts Disbursed To Creditor | 502.51 |
| NC1 | PNC MORTGAGE | 07/25/2024 | 1306662 | Interest | 23.02 |
| NC1 | PNC MORTGAGE | 08/26/2024 | 1309218 | Amounts Disbursed To Creditor | 502.50 |
| NC1 | PNC MORTGAGE | 08/26/2024 | 1309218 | Interest | 21.77 |
| NC1 | PNC MORTGAGE | 09/25/2024 | 1311817 | Amounts Disbursed To Creditor | 503.38 |
| NC1 | PNC MORTGAGE | 09/25/2024 | 1311817 | Interest | 20.51 |
| NC1 | PNC MORTGAGE | 10/25/2024 | 1314345 | Amounts Disbursed To Creditor | 504.37 |
| NC1 | PNC MORTGAGE | 10/25/2024 | 1314345 | Interest | 19.25 |
| NC1 | PNC MORTGAGE | 11/25/2024 | 1316908 | Amounts Disbursed To Creditor | 474.76 |
| NC1 | PNC MORTGAGE | 11/25/2024 | 1316908 | Interest | 17.99 |
| NC1 | PNC MORTGAGE | 12/23/2024 | 1319299 | Amounts Disbursed To Creditor | 511.59 |
| NC1 | PNC MORTGAGE | 12/23/2024 | 1319299 | Interest | 16.81 |
| NC1 | PNC MORTGAGE | 01/28/2025 | 1321806 | Amounts Disbursed To Creditor | 538.85 |
| NC1 | PNC MORTGAGE | 01/28/2025 | 1321806 | Interest | 15.53 |
| NC1 | PNC MORTGAGE | 02/25/2025 | 1324222 | Amounts Disbursed To Creditor | 482.42 |
| NC1 | PNC MORTGAGE | 02/25/2025 | 1324222 | Interest | 14.18 |
| NC1 | PNC MORTGAGE | 03/26/2025 | 1326713 | Amounts Disbursed To Creditor | 514.86 |
| NC1 | PNC MORTGAGE | 03/26/2025 | 1326713 | Interest | 12.97 |
| NC1 | PNC MORTGAGE | 04/25/2025 | 1329187 | Amounts Disbursed To Creditor | 538.63 |
| NC1 | PNC MORTGAGE | 04/25/2025 | 1329187 | Interest | 11.69 |
| NC1 | PNC MORTGAGE | 05/23/2025 | 1331590 | Amounts Disbursed To Creditor | 512.44 |
| NC1 | PNC MORTGAGE | 05/23/2025 | 1331590 | Interest | 10.34 |
| NC1 | PNC MORTGAGE | 06/25/2025 | 1334042 | Amounts Disbursed To Creditor | 488.53 |
| NC1 | PNC MORTGAGE | 06/25/2025 | 1334042 | Interest | 9.06 |
| NC1 | PNC MORTGAGE | 07/25/2025 | 1336518 | Amounts Disbursed To Creditor | 543.74 |
| NC1 | PNC MORTGAGE | 07/25/2025 | 1336518 | Interest | 7.84 |
| NC1 | PNC MORTGAGE | 08/26/2025 | 1338925 | Amounts Disbursed To Creditor | 2,591.33 |
| NC1 | PNC MORTGAGE | 08/26/2025 | 1338925 | Interest | 6.48 |

Total for Claim Number NC1:    31,285.06

**Total for Part 4 - a (Postpetition Payments):    31,285.06**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOHN BENJAMIN VIVIAN
JODIE LYNN VIVIAN
PO BOX 677
CONNEAUT LAKE, PA  16316

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

PNC MORTGAGE
ATTN BKRPTCY PMT PROCESSING
3232 NEWMARK DR
MIAMISBURG, OH  45342

REED SMITH LLP
REED SMITH CENTRE
225 FIFTH AVE
PITTSBURGH, PA  15222


Dated: 05/28/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee