## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John  Benjamin  Vivian
       Jodie  Lynn  Vivian aka Jodie L
Batka

               Debtor(s)

CHAPTER 13

BKY. NO. 21-10036 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

           Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
24 Jun 2026, 14:21:14, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com