**Fill in this information to identify the case:**

Debtor 1      John  Benjamin  Vivian

Debtor 2      Jodie  Lynn Vivian aka Jodie L Batka
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN  District of Pennsylvania
                                                                                    (State)

Case number   21-10036 JCM

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

**Name of claim holder:**      PNC Mortgage

**Court claim no**. (if known):
NC2

**Last 4 digits** of any number you use to identify the debtor's account: 7683

**Property address:**          315 High Street
                               Number        Street
                               Conneaut Lake    PA 16316
                               City                     State      ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:     $ 4,648.63                           .

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
     as of the date of this response:     $ _____ .

☒   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
     unpaid as of the date of this response:     $ _____ .

---

| **Part 3:** | **Postpetition Payments** |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  /  /  .

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:       02 / 18 /2022   (Loan was paid in full)

    ii.   Date next postpetition payment from the debtor is due:    n/a

    iii.   Amount of the next postpetition payment that is due:    n/a

    iv.  Unpaid principal balance of the loan:    $ 0.00

    v.  Additional amounts due for any deferred or accrued interest:    $

    vi.  Balance of the escrow account:    $

    vii.  Balance of unapplied funds or funds held in a suspense account:    $

    viii.  Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $

| **Part 4** | **Itemized Payment History** |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5:   Sign Here

The information provided within the response is effective as of 06/08/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** /s/ Michael McKeever          Date June 25, 2026
　　　　Signature

Name   Michael McKeever
　　　First name      Middle name      Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.
　　　Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000
　　　Number      Street

　　　Philadelphia                     PA      19196

　　　City                             State    ZIP Code

Contact phone   (215) 627-1322                              Email bkgroup@kmllawgroup.com

Official Form 410C13-NR          **Response to Trustee's Notice of Disbursements Made**          page **3**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John Benjamin Vivian**<br>　　　**Jodie Lynn Vivian aka Jodie L Batka**<br>　　　　　　　　　　　　**Debtor(s)** | **BK NO. 21-10036 JCM**<br><br>**Chapter 13**<br><br>**Related to Claim No. NC2** |
| **PNC Bank, National Association**<br>　　　　　　　　　　　　**Movant**<br>　　　　**vs.** | |
| **John Benjamin Vivian**<br>**Jodie Lynn Vivian aka Jodie L Batka**<br>　　　　　　　　　　　　**Debtor(s)** | |
| **Ronda J. Winnecour**,<br>　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Michael McKeever of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 25, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
John Benjamin Vivian
PO Box 677
Conneaut Lake, PA 16316

Jodie Lynn Vivian aka Jodie L Batka
PO Box 677
Conneaut Lake, PA 16316

Attorney for Debtor(s) (via ECF)
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: June 25, 2026

**/s/ Michael McKeever**
Michael McKeever
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com