Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John Benjamin Vivian** | : | Case No. 21−10036−JCM |
| **Jodie Lynn Vivian** | : | Chapter: 13 |
| **aka Jodie L Batka** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 107 |
| | : | |
| v. | : | Hearing Date: 8/25/26 at 02:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

    ***AND NOW,*** this ***The 25th of June, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 107 , by the Chapter 13 Trustee

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

    (1)  ***On or before August 10, 2026***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***August 25, 2026 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

 

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10036-JCM |
| John Benjamin Vivian | Chapter 13 |
| Jodie Lynn Vivian | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 25, 2026 | Form ID: 300b | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| 15337010 | #+ | BFG Supply Co., LLC, 14500 Kinsman Road, Burton, OH 44021-9642 |
| 15331226 | #+ | BFG Supply Company, PO Box 479, Burton, OH 44021-0479 |
| 15331230 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15331233 | | Geneva Truck & Equipment Inc, 17693 PA 285, Cochranton, PA 16314 |
| 15331234 | + | John M Rossi, c/o Jessica A Smith, 1 East State Street, 4th Floor, Sharon, PA 16146-1753 |
| 15331237 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |
| 15339064 | + | Sharp Collections Inc., 114 North Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15331252 | + | Tamara Kerr, 200 South Ridge East, Geneva, OH 44041-9303 |
| 15331253 | + | Tracy Little, 27651 Hickory Corners Road, Guys Mills, PA 16327-5529 |
| 15331255 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd., Charlotte, NC 28270-2408 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 00:49:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331225 | | Email/Text: collectors@arresourcesinc.com | Jun 26 2026 00:50:00 | Ar Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 15331224 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | Aes / Pheaa frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15331227 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 26 2026 00:50:56 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15331228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:39 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15331229 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 26 2026 00:50:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 15339062 | + | Email/Text: mklemm@co.crawford.pa.us | Jun 26 2026 00:50:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Jun 25, 2026 | Form ID: 300b | Total Noticed: 43

| 15331231 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Department Of Education / Nelnet Loans, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15339063 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jun 26 2026 00:51:00 | Department of Labor and Industry, Office of U.C Benefits Policy, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 15348965 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 26 2026 00:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15331242 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Jun 26 2026 00:50:00 | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335 |
| 15331232 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 26 2026 00:50:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15331235 | ^ | MEBN | Jun 26 2026 00:39:33 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15331238 | + | Email/Text: korndorf@mbms.net | Jun 26 2026 00:50:00 | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15331239 | + | Email/Text: Bankruptcy@natfuel.com | Jun 26 2026 00:50:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15331240 | + | Email/Text: Bankruptcies@nragroup.com | Jun 26 2026 00:51:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15331241 | + | Email/Text: toleski@oamortho.com | Jun 26 2026 11:36:00 | Orthopedic Associates of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 15331244 | | Email/Text: bankruptcies@penncredit.com | Jun 26 2026 00:50:00 | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104 |
| 15331247 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15331248 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 01:02:13 | Portfolio Recovery Associates, 150 Corporate Boulevard, Norfolk, VA 23502 |
| 15348806 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 00:49:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15331243 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2026 00:50:00 | Penelec, c/o First Energy/Penelec, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15346927 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2026 00:50:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15331245 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 26 2026 00:50:00 | Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15331246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:41 | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15331250 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 26 2026 00:50:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 15331251 | + | Email/Text: bankruptcy@sw-credit.com | Jun 26 2026 00:50:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15331254 | + | Email/Text: BNCnotices@dcmservices.com | Jun 26 2026 00:50:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15332448 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15331256 | + | Email/Text: wci.bankruptcy@windstream.com | | |

District/off: 0315-1      User: auto      Page 3 of 3

Date Rcvd: Jun 25, 2026      Form ID: 300b      Total Noticed: 43

Jun 26 2026 00:50:00      Windstream Communications Inc., 4001 Rodney Parham Road, Little Rock, AR 72212-2459

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15331236 | ##+ | Lloyds Rental & Sales, 1355 South Main Street, Meadville, PA 16335-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6