## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN BENJAMIN VIVIAN
JODIE LYNN VIVIAN
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:21-10036

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/21/2021  and confirmed on 4/1/21 .  The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,414.32 |
| Less Refunds to Debtor | 628.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,786.10 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 4,186.14 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,686.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CRAWFORD COUNTY TAX CLM BUREAU* | 2,416.78 | 2,416.78 | 997.14 | 3,413.92 |
|   Acct: 7905 | | | | |
| CRAWFORD COUNTY TAX CLM BUREAU* | 466.13 | 466.13 | 192.49 | 658.62 |
|   Acct: 3532 | | | | |
| LUKES AUTOMOTIVE | 1,883.55 | 1,883.55 | 403.85 | 2,287.40 |
|   Acct: NONE | | | | |
| PNC MORTGAGE | 28,972.00 | 28,972.00 | 2,313.06 | 31,285.06 |
|   Acct: 7456 | | | | |
| PNC MORTGAGE | 3,979.16 | 3,979.16 | 669.47 | 4,648.63 |
|   Acct: 7683 | | | | |
| | | | | 42,293.63 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN BENJAMIN VIVIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN BENJAMIN VIVIAN | 628.22 | 628.22 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CRAWFORD COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9370 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 6,172.37 | 6,172.37 | 0.00 | 6,172.37 |
|   Acct: XXXXXXXXXXXXTIVE | | | | |
| | | | | 6,172.37 |
| **Unsecured** | | | | |
| AES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0005 | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9656 | | | | |
| BFG SUPPLY CO LLC | 1,992.95 | 575.13 | 0.00 | 575.13 |

21-10036

Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3518 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 54N1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 54N1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 52N1 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 50,380.85 | 14,538.80 | 0.00 | 14,538.80 |
| Acct: 5061 | | | | |
| ECMC(*) | 20,150.15 | 5,814.89 | 0.00 | 5,814.89 |
| Acct: 5061 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4163 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8763 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4063 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4065 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1464 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7763 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9361 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7663 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8663 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5763 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1251 | | | | |
| GENEVA TRUCKING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1619 | | | | |
| JOHN ROSSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1106 | | | | |
| LLOYDS RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0922 | | | | |
| NATIONAL FUEL GAS DISTRIBUTION COR | 3,799.94 | 1,096.58 | 0.00 | 1,096.58 |
| Acct: 9901 | | | | |
| NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2957 | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0592 | | | | |
| PENELEC/FIRST ENERGY** | 3,338.54 | 963.43 | 0.00 | 963.43 |
| Acct: 0592 | | | | |
| PENN POWER* | 4,328.46 | 1,249.10 | 0.00 | 1,249.10 |
| Acct: 1942 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 699.19 | 201.77 | 0.00 | 201.77 |
| Acct: 5527 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 451.93 | 130.42 | 0.00 | 130.42 |

21-10036

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5675 | | | | |
| WINDSTREAM COMMUNICATIONS | 221.23 | 63.84 | 0.00 | 63.84 |
| Acct: 5061 | | | | |
| TAMARA KERR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6839 | | | | |
| TRACY LITTLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2019 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5061 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE DIAGNOSTIC MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORTHOPEDIC ASSOC OF MEADVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA LIBERTY STREET EMERGENCY PHYSI( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROGRESSIVE COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHARP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 24,633.96 |

TOTAL PAID TO CREDITORS                                                                              73,099.96

TOTAL CLAIMED
PRIORITY            6,172.37
SECURED            37,717.62
UNSECURED         85,363.24

Date: 06/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN BENJAMIN VIVIAN
    JODIE LYNN VIVIAN
          Debtor(s)

Case No.:21-10036

Chapter 13

    Ronda J. Winnecour
          Movant

Document No.:

        vs.
    No Repondents.

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10036-JCM |
| John Benjamin Vivian | Chapter 13 |
| Jodie Lynn Vivian | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 25, 2026 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| 15337010 | #+ | BFG Supply Co., LLC, 14500 Kinsman Road, Burton, OH 44021-9642 |
| 15331226 | #+ | BFG Supply Company, PO Box 479, Burton, OH 44021-0479 |
| 15331230 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15331233 | | Geneva Truck & Equipment Inc, 17693 PA 285, Cochranton, PA 16314 |
| 15331234 | + | John M Rossi, c/o Jessica A Smith, 1 East State Street, 4th Floor, Sharon, PA 16146-1753 |
| 15331237 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |
| 15339064 | + | Sharp Collections Inc., 114 North Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15331252 | + | Tamara Kerr, 200 South Ridge East, Geneva, OH 44041-9303 |
| 15331253 | + | Tracy Little, 27651 Hickory Corners Road, Guys Mills, PA 16327-5529 |
| 15331255 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd., Charlotte, NC 28270-2408 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 00:49:39 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331225 | | Email/Text: collectors@arresourcesinc.com | Jun 26 2026 00:50:00 | Ar Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 15331224 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 00:50:00 | Aes / Pheaa frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15331227 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 26 2026 00:50:56 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15331228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 00:49:06 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15331229 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 26 2026 00:50:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 15339062 | + | Email/Text: mklemm@co.crawford.pa.us | Jun 26 2026 00:50:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |

District/off: 0315-1                         User: auto                                    Page 2 of 3

Date Rcvd: Jun 25, 2026                      Form ID: pdf900                               Total Noticed: 43

| | | | |
|---|---|---|---|
| 15331231 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | Department Of Education / Nelnet Loans, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15339063 | + Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jun 26 2026 00:51:00 | Department of Labor and Industry, Office of U.C Benefits Policy, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 15348965 | Email/Text: ECMCBKNotices@ecmc.org | Jun 26 2026 00:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15331242 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Jun 26 2026 00:50:00 | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335 |
| 15331232 | + Email/Text: bankruptcy@firstenergycorp.com | Jun 26 2026 00:50:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15331235 | ^ MEBN | Jun 26 2026 00:39:33 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15331238 | + Email/Text: korndorf@mbms.net | Jun 26 2026 00:50:00 | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15331239 | + Email/Text: Bankruptcy@natfuel.com | Jun 26 2026 00:50:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15331240 | + Email/Text: Bankruptcies@nragroup.com | Jun 26 2026 00:51:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15331241 | + Email/Text: toleski@oamortho.com | Jun 26 2026 11:36:00 | Orthopedic Associates of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 15331244 | Email/Text: bankruptcies@penncredit.com | Jun 26 2026 00:50:00 | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104 |
| 15331247 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15331248 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 00:50:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331249 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 00:49:40 | Portfolio Recovery Associates, 150 Corporate Boulevard, Norfolk, VA 23502 |
| 15348806 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 00:49:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15331243 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2026 00:50:00 | Penelec, c/o First Energy/Penelec, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15346927 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2026 00:50:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15331245 | + Email/Text: bankruptcy@firstenergycorp.com | Jun 26 2026 00:50:00 | Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15331246 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 00:49:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15331250 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 26 2026 00:50:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 15331251 | + Email/Text: bankruptcy@sw-credit.com | Jun 26 2026 00:50:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15331254 | + Email/Text: BNCnotices@dcmservices.com | Jun 26 2026 00:50:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15332448 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 00:50:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15331256 | + Email/Text: wci.bankruptcy@windstream.com | | |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jun 25, 2026 | Form ID: pdf900 | Total Noticed: 43

| Jun 26 2026 00:50:00 | Windstream Communications Inc., 4001 Rodney Parham Road, Little Rock, AR 72212-2459 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15331236 | ##+ | Lloyds Rental & Sales, 1355 South Main Street, Meadville, PA 16335-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank  N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6