**Fill in this information to identify the case:**

Debtor 1      John  Benjamin  Vivian

Debtor 2      Jodie Lynn Vivian aka Jodie L Batka
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN  District of Pennsylvania
                                                                                    (State)

Case number   21-10036-JCM

## Official Form 410C13-NR

# AMENDED Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

**Part 1:    Mortgage Information**

**Name of claim holder:    PNC BANK NATIONAL  ASSOCIATION**

**Court claim no**.  (if known):

NC1

**Last 4 digits** of any number you use to identify the debtor's account: 7456

**Property address:**          **315 High Street**
                                              Number        Street
                                              **Conneaut Lake    PA 16316**
                                              City                        State      ZIP Code

**Part 2:    Arrearages**

The total amount received to cure any arrearages as of the date of this response:      $ 0.00                          .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
       as of the date of this response:      $                          .

☐    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
       unpaid as of the date of this response:      $                          .

| **Part 3:** | **Postpetition Payments** |
|---|---|

(a) *Check all that apply:*

☒   The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐   The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  __/ /__.

☐   The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:            09 / 12 / 2025

    ii.  Date next postpetition payment from the debtor is due:    n/a – Loan paid in full 9/12/2025

    iii.  Amount of the next postpetition payment that is due:    $_____

    iv.  Unpaid principal balance of the loan:    $_____

    v.   Additional amounts due for any deferred or accrued interest:    $_____

    vi.  Balance of the escrow account:    $_____

    vii.  Balance of unapplied funds or funds held in a suspense account:    $_____

    viii.  Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $_____

| **Part 4** | **Itemized Payment History** |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:    Sign Here**

The information provided within the response is effective as of 06/18/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

The person completing this response must sign it. Check the appropriate box:

☐  I am the claim holder.

☒  I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date June 29, 2026

Signature

| | |
|---|---|
| Name | Matthew Fissel |
| | First name        Middle name        Last name |
| Title | Attorney for Secured Creditor |
| Company | KML Law Group, P.C. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 701 Market Street, Suite, 5000 |
| | Number        Street |
| | Philadelphia                                    PA          19196 |
| | City                                              State        ZIP Code |

Contact phone  (215) 627-1322                    Email bkgroup@kmllawgroup.com

STATEMENT OF PAYOFF

This loan was paid in full 09/12/2025.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: John Benjamin Vivian**<br>      **Jodie Lynn Vivian aka Jodie L Batka**<br>               **Debtor(s)** | **BK NO. 21-10036 JCM**<br><br>**Chapter 13**<br><br>**Related to Claim No. No Claim** |
| **PNC BANK NATIONAL ASSOCIATION**<br>               **Movant**<br>      **vs.** | |
| **John Benjamin Vivian**<br>**Jodie Lynn Vivian aka Jodie L Batka**<br>               **Debtor(s)** | |
| **Ronda J. Winnecour**,<br>               **Trustee** | |

**CERTIFICATE OF SERVICE**
**AMENDED RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 7, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
John Benjamin Vivian
PO Box 677
Conneaut Lake, PA 16316

Jodie Lynn Vivian aka Jodie L Batka
PO Box 677
Conneaut Lake, PA 16316

Attorney for Debtor(s) (via ECF)
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: July 7, 2026

          **/s/ Matthew Fissel**
          Matthew Fissel
          Attorney I.D. 314567
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          215-627-1322
          mfissel@kmllawgroup.com