**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10036-JCM |
| | : | |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| | : | CHAPTER 13 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | Related to Docket No. 98, 117 |
| | : | |
| VS | : | |
| | : | |
| Luke's Automotive and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**ORDER REGARDING MOTION FOR STATUS CONFERENCE**

**AND NOW,** on this __17th__ day of _____July_____, 2026, upon consideration of the within Motion for Status Conference, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Status Conference to resolve the parties outstanding concerns in conjunction with the non-transfer of claim is hereby **GRANTED** and is scheduled for ____August 4, 2026_____ at 1:30_____ pm. via Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie.

BY THE COURT,

_____ dak

John C. Melaragno, Judge
United States Bankruptcy Court
SIGNED
7/17/26 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10036-JCM |
| John Benjamin Vivian | Chapter 13 |
| Jodie Lynn Vivian | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID                Recipient Name and Address**
db/jdb                +  John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank  N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC Bank  N.A. mmckeever@kmllawgroup.com |

District/off: 0315-1                    User: auto                                    Page 2 of 2

Date Rcvd: Jul 17, 2026                 Form ID: pdf900                             Total Noticed: 1

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

TOTAL: 7