**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10036-JCM |
| | : | |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| | : | CHAPTER 13 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | Related to Docket No. 118 |
| | : | |
| VS | : | |
| | : | |
| Luke's Automotive and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Kathryn Schwartz, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the enclosed **Order Regarding Status Conference** on the parties listed below by First Class Pre-Paid United States mail or Certified Mail—where indicated.

Date Served: <u>July 20, 2026</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

## MATRIX

John & Jodie Vivian
PO Box 677
Conneaut Lake, PA 16316
*Service via US Mail*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Served via CM/ECF*

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Served via CM/ECF*

Luke's Automotive
c/o James Lee Minteer, Owner
4313 Prestwick Drive
Erie, PA 16506
*Service via US Mail*

Luke's Automotive
1836 West 26th Street
Erie, PA 16508
*Service via US Mail*