# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-10036-JCM |
| | : | | |
| John Benjamin Vivian | : | Chapter: | 13 |
| Jodie Lynn Vivian | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/4/2026 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**_MATTER_**  #117 Motion for Status Conference

**_APPEARANCES:_**

Debtor: Daniel P. Foster
Trustee: Ronda J. Winnecour

**_NOTES:_**

Foster:  The vehicle was supposed to be paid in full over the case in full.  It was financed through Luke's automotive.  In March 2023, Luke's Automotive stopped cashing the checks.  I did not want to see this case close without obtaining title for the vehicle that they paid for.

Winnecour:  Yes, I can confirm the claim was paid in full.

J.:  Submit a proposed order that lays out the facts and direct's Luke's Automative to issue title and compel the DMV to submit a new title.

**_OUTCOME:_**  The Debtor shall submit a proposed order on title to the vehicle.

SIGNED
8/4/26 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA