**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John Benjamin Vivian<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1561 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jodie Lynn Vivian<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5061 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21–10036–JCM | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Benjamin Vivian

Jodie Lynn Vivian
aka Jodie L Batka

8/11/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-10036-JCM
John Benjamin Vivian Chapter 13
Jodie Lynn Vivian
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: Aug 11, 2026 Form ID: 3180W Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| 15337010 | #+ | BFG Supply Co., LLC, 14500 Kinsman Road, Burton, OH 44021-9642 |
| 15331226 | #+ | BFG Supply Company, PO Box 479, Burton, OH 44021-0479 |
| 15331230 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15331233 | | Geneva Truck & Equipment Inc, 17693 PA 285, Cochranton, PA 16314 |
| 15331234 | + | John M Rossi, c/o Jessica A Smith, 1 East State Street, 4th Floor, Sharon, PA 16146-1753 |
| 15331236 | + | Lloyds Rental & Sales, 1355 South Main Street, Meadville, PA 16335-3072 |
| 15331237 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |
| 15339064 | + | Sharp Collections Inc., 114 North Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15331252 | + | Tamara Kerr, 200 South Ridge East, Geneva, OH 44041-9303 |
| 15331253 | + | Tracy Little, 27651 Hickory Corners Road, Guys Mills, PA 16327-5529 |
| 15331255 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd., Charlotte, NC 28270-2408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 12 2026 05:28:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331225 | | Email/Text: collectors@arresourcesinc.com | Aug 12 2026 01:39:00 | Ar Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 15331224 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | Aes / Pheaa frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15331227 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 12 2026 01:39:58 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15331228 | + | EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 15331229 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 12 2026 01:39:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 15339062 | + | Email/Text: mklemm@co.crawford.pa.us | Aug 12 2026 01:40:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15331231 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | Department Of Education / Nelnet Loans, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15339063 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Aug 12 2026 01:40:00 | Department of Labor and Industry, Office of U.C Benefits Policy, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 15348965 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 12 2026 01:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15331242 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Aug 12 2026 01:40:00 | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335 |
| 15331232 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 12 2026 01:40:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15331235 | ^ | MEBN | Aug 12 2026 01:32:51 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15331238 | + | Email/Text: korndorf@mbms.net | Aug 12 2026 01:40:00 | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15331239 | + | Email/Text: Bankruptcy@natfuel.com | Aug 12 2026 01:40:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15331240 | + | Email/Text: Bankruptcies@nragroup.com | Aug 12 2026 01:40:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15331241 | + | Email/Text: toleski@oamortho.com | Aug 12 2026 11:27:00 | Orthopedic Associates of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 15331244 | | Email/Text: bankruptcies@penncredit.com | Aug 12 2026 01:39:00 | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104 |
| 15331247 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15331248 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331249 | | EDI: PRA.COM | Aug 12 2026 05:28:00 | Portfolio Recovery Associates, 150 Corporate Boulevard, Norfolk, VA 23502 |
| 15348806 | | EDI: PRA.COM | Aug 12 2026 05:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15331243 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 12 2026 01:39:00 | Penelec, c/o First Energy/Penelec, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15346927 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 12 2026 01:39:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15331245 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 12 2026 01:40:00 | Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15331246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:55 | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15331250 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 12 2026 01:39:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 15331251 | + | Email/Text: bankruptcy@sw-credit.com | Aug 12 2026 01:40:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15331254 | + | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Physician Services, P.O. Box 1123, |

| | | | |
|---|---|---|---|
| | | | Minneapolis, MN 55440-1123 |
| 15332448 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15331256 | + Email/Text: wci.bankruptcy@windstream.com | Aug 12 2026 01:39:00 | Windstream Communications Inc., 4001 Rodney Parham Road, Little Rock, AR 72212-2459 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC Bank N.A. mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7