**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN BENJAMIN VIVIAN<br>JODIE LYNN VIVIAN<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-10036<br><br>Chapter 13<br><br>Related Document No. 107 |

ORDER OF COURT

AND NOW, this ___11th___ day of ___August___, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

John C. Melaragno, Judge dak
United States Bankruptcy Court

SIGNED
8/11/26 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10036-JCM

John Benjamin Vivian Chapter 13

Jodie Lynn Vivian

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3

Date Rcvd: Aug 11, 2026 Form ID: pdf900 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| 15337010 | #+ | BFG Supply Co., LLC, 14500 Kinsman Road, Burton, OH 44021-9642 |
| 15331226 | #+ | BFG Supply Company, PO Box 479, Burton, OH 44021-0479 |
| 15331230 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15331233 | | Geneva Truck & Equipment Inc, 17693 PA 285, Cochranton, PA 16314 |
| 15331234 | + | John M Rossi, c/o Jessica A Smith, 1 East State Street, 4th Floor, Sharon, PA 16146-1753 |
| 15331236 | + | Lloyds Rental & Sales, 1355 South Main Street, Meadville, PA 16335-3072 |
| 15331237 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |
| 15339064 | + | Sharp Collections Inc., 114 North Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15331252 | + | Tamara Kerr, 200 South Ridge East, Geneva, OH 44041-9303 |
| 15331253 | + | Tracy Little, 27651 Hickory Corners Road, Guys Mills, PA 16327-5529 |
| 15331255 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd., Charlotte, NC 28270-2408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 01:45:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331225 | | Email/Text: collectors@arresourcesinc.com | Aug 12 2026 01:39:00 | Ar Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 15331224 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | Aes / Pheaa frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15331227 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 12 2026 01:39:58 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15331228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:42 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15331229 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 12 2026 01:39:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 15339062 | + | Email/Text: mklemm@co.crawford.pa.us | Aug 12 2026 01:40:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15331231 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | Department Of Education / Nelnet Loans, 121 South 13th Street, Lincoln, NE 68508-1911 |

| | | | | |
|---|---|---|---|---|
| 15339063 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Aug 12 2026 01:40:00 | Department of Labor and Industry, Office of U.C Benefits Policy, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 15348965 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 12 2026 01:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15331242 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Aug 12 2026 01:40:00 | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335 |
| 15331232 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 12 2026 01:40:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15331235 | ^ | MEBN | Aug 12 2026 01:32:51 | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15331238 | + | Email/Text: korndorf@mbms.net | Aug 12 2026 01:40:00 | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15331239 | + | Email/Text: Bankruptcy@natfuel.com | Aug 12 2026 01:40:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15331240 | + | Email/Text: Bankruptcies@nragroup.com | Aug 12 2026 01:40:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15331241 | + | Email/Text: toleski@oamortho.com | Aug 12 2026 11:27:00 | Orthopedic Associates of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 15331244 | | Email/Text: bankruptcies@penncredit.com | Aug 12 2026 01:39:00 | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104 |
| 15331247 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15331248 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15331249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:54 | Portfolio Recovery Associates, 150 Corporate Boulevard, Norfolk, VA 23502 |
| 15348806 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15331243 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 12 2026 01:39:00 | Penelec, c/o First Energy/Penelec, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15346927 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 12 2026 01:39:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15331245 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 12 2026 01:40:00 | Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15331246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:55 | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15331250 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 12 2026 01:39:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 15331251 | + | Email/Text: bankruptcy@sw-credit.com | Aug 12 2026 01:40:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15331254 | + | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15332448 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2026 01:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15331256 | + | Email/Text: wci.bankruptcy@windstream.com | Aug 12 2026 01:39:00 | Windstream Communications Inc., 4001 Rodney Parham Road, Little Rock, AR 72212-2459 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor PNC Bank N.A. mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7