**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10036-JCM |
| | : | |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| | : | CHAPTER 13 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | RELATED TO DOCKET NO: 121 |
| | : | |
| VS | : | |
| | : | |
| Luke's Automotive and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**ORDER DIRECTING ISSUANCE OF NEW TITLE**

**AND NOW,** on this ________ day of ___________________, 2026, upon consideration of the Debtor's request for an order directing Luke's Automotive to issue a new title and compel PennDOT to issue a new certificate of title it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

The lien asserted by Luke's Automotive against the Vehicle is hereby determined to be satisfied and released, and Luke's Automotive shall have no further lien, security interest, or other encumbrance against the 2005 Ford F-250 Super Duty pickup arising from Claim 2-1.

To the extent Luke's Automotive, or any successor, agent, representative, or other person or entity maintaining records on behalf of Luke's Automotive, is capable of doing so, Luke's Automotive is hereby ORDERED to execute and deliver any lien-release, title-release, or other documentation reasonably necessary to reflect the satisfaction and release of its lien against the vehicle.

In the event Luke's Automotive is unable, unavailable, or unwilling to execute or deliver lien-release or title documentation, this Order shall constitute evidence and judicial determination that the lien of Luke's Automotive against the 2005 Ford F-250 Super Duty pickup has been satisfied and released.

The Pennsylvania Department of Transportation, Bureau of Motor Vehicles ("PennDOT"), and any appropriate agent or representative thereof, is hereby AUTHORIZED AND DIRECTED, upon presentation of a certified copy of this Order and any other documents required by PennDOT that are not inconsistent with this Order, to accept this Order as sufficient evidence of satisfaction and

release of Luke's Automotive's lien and to issue a new certificate of title for the 2005 Ford F-250 Super Duty pickup in the name of the Debtors, free and clear of the lien or security interest of Luke's Automotive.

The new certificate of title shall reflect that the 2005 Ford F-250 Super Duty pickup is owned by the Debtors and shall contain no lien or security interest in favor of Luke's Automotive based upon Claim 2-1.

BY THE COURT,

____________________________________

John C. Melaragno, Judge
United States Bankruptcy Court