**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10036-JCM |
| | : | |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| | : | CHAPTER 13 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | RELATED TO DOCKET NO: 121 |
| | : | |
| VS | : | |
| | : | |
| Luke's Automotive and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**ORDER DIRECTING ISSUANCE OF NEW TITLE**

**AND NOW,** on this 2nd day of September, 2026, upon consideration of the Debtor's request for an order directing Luke's Automotive to issue a new title and compel PennDOT to issue a new certificate of title it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

The lien asserted by Luke's Automotive against the Vehicle is hereby determined to be satisfied and released, and Luke's Automotive shall have no further lien, security interest, or other encumbrance against the 2005 Ford F-250 Super Duty pickup arising from Claim 2-1.

To the extent Luke's Automotive, or any successor, agent, representative, or other person or entity maintaining records on behalf of Luke's Automotive, is capable of doing so, Luke's Automotive is hereby ORDERED to execute and deliver any lien-release, title-release, or other documentation reasonably necessary to reflect the satisfaction and release of its lien against the vehicle. VIN# 1FTSX21P35EV11122

In the event Luke's Automotive is unable, unavailable, or unwilling to execute or deliver lien-release or title documentation, this Order shall constitute evidence and judicial determination that the lien of Luke's Automotive against the 2005 Ford F-250 Super Duty pickup has been satisfied and released.

The Pennsylvania Department of Transportation, Bureau of Motor Vehicles ("PennDOT"), and any appropriate agent or representative thereof, is hereby AUTHORIZED AND DIRECTED, upon presentation of a certified copy of this Order and any other documents required by PennDOT that are not inconsistent with this Order, to accept this Order as sufficient evidence of satisfaction and

release of Luke's Automotive's lien and to issue a new certificate of title for the 2005 Ford F-250 Super Duty pickup in the name of the Debtors, free and clear of the lien or security interest of Luke's Automotive.

The new certificate of title shall reflect that the 2005 Ford F-250 Super Duty pickup is owned by the Debtors and shall contain no lien or security interest in favor of Luke's Automotive based upon Claim 2-1.

BY THE COURT,

dak

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
9/2/26 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10036-JCM
John Benjamin Vivian Chapter 13
Jodie Lynn Vivian
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| 15331237 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jared S. Roach | on behalf of Creditor PNC Bank N.A. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Matthew Fissel | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Michael T. McKeever
on behalf of Creditor PNC Bank N.A. mmckeever@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7