FORM JCM 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10036-JCM |
| | : | |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| | : | CHAPTER 13 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | RELATED TO DOCKET NO: 130 |
| | : | |
| VS | : | |
| | : | |
| Luke's Automotive and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order Directing Issuance of New Title* by Certified Mail or First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: September 8, 2026

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Luke's Automotive
c/o James Lee Minteer, Owner
4313 Prestwick Drive
Erie, PA 16506
*Service via Certified Mail*

Luke's Automotive
1836 West 26th Street
Erie, PA 16508
*Service via US Mail*

John Benjamin Vivian
Jodie Lynn Vivian
PO Box 677
Conneaut Lake, PA 16316
*Service via US Mail*

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ronda J. Winnecour, Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*